## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD ALLISON, | Case No.: 2:21-cv-01548-APG-EJY |
| Plaintiff | **Order Accepting Report and Recommendation** |
| v. | [ECF No. 5] |
| STEIN FORENSICS UNIT and TIM, | |
| Defendants | |

On March 14, 2022, Magistrate Judge Youchah recommended that I dismiss this action without prejudice because plaintiff Ronald Allison did not pay the filing fee or complete an application to proceed in forma pauperis and because Allison has not updated his address. ECF No. 5. Allison did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 5) is accepted and plaintiff Ronald Allison's complaint (ECF No. 1-1) is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 1st day of April, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE